USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/27/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES,

                -v-                                       1:15-cr-447-GHW

    GEORGE PADILLA,                              ORDER

                        Defendant.
-------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

       The Court has scheduled a conference in this matter for June 26, 2020 at 2:00 p.m.  The proceeding will take place by Skype videoconference.  To enter the conference, paste the following link into your browser:  https://meet.lync.com/fedcourts-nysd/gregory_woods/FXYLOK1S.  You may be asked to download software to use Skype's videoconferencing features.  Once you have entered the website, please check your settings to ensure that the microphone selected within the Skype program is the one that you wish to use for the proceeding.  The Court anticipates that counsel, the defendant, and probation will join by videoconference.

       In the event that any party has difficulty accessing the Skype teleconference through the internet, the audio from the conference can also be accessed using the following call in number and access code:  Call in number:  +19179332166; Conference ID:  172852354.

       SO ORDERED.

Dated: April 27, 2020

                                                                    GREGORY H. WOODS
                                                               United States District Judge